UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYRONE WALKER, 94A5258<br>　　　　　Plaintiff, | MOTION AND NOTICE OF MOTION FOR SUMMARY JUDGMENT |
| v. | F.R.C.P. 56(a) |
| JOSEPH BELLNIER, JAMES O'GORMAN<br>DONALD UHLER, PAUL WOODRUFF,<br>JOANNE FITCHETTE, MELISSA COOK<br>　　　　　Defendants. | Civil # 9:17-CV-1008<br><br>(GTS) (CFH) |

　　PLEASE TAKE NOTICE, that upon the Complaint, the affidavit of Tyrone Walker, sworn to on the 12th of August, 2020 and motion pursuant to Federal Rule of Civil Procedure Local Rule 7.1(a) & (b) will be made at United States Northern District Court of New York, P.O. Box 7367, 100 S. Clinton Street, Syracuse New York 13261-7367 on September, 14, 2020 or as soon thereafter as Plaintiff can be heard, for an order granting Plaintiff's Summary judgment pursuant to Federal Rules of Civil Procedure 56 on the ground that there is no genuine dispute as to any material fact, and that Plaintiff is entitled to judgment as a matter of law.

Dated: August, 12, 2020

　　　　　　　　　　　　　　　Tyrone Walker
　　　　　　　　　　　　　　　Tyrone Walker 94A5258
　　　　　　　　　　　　　　　Upstate Correctional Facility
　　　　　　　　　　　　　　　P.O. Box 2001
　　　　　　　　　　　　　　　Malone, N.Y. 12953

U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 18 2020
RECEIVED

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 18 2020
AT____O'CLOCK____
John M. Domurad, Clerk  Syracuse

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF FRANKLIN ) S.S.:

I, Tyrone Walker, being duly sworn, deposes and says:

I am the applicant in the enclosed action.

I have on this 12 day of August, 20 20, placed and submitted within the institutional mailbox located at:

Upstate Correctional Facility
P.O. Box 2001
Malone, N.Y. 12953

The following:

Summary Judgment Motion

To be mailed and delivered via the United States Postal Service upon the following parties:

Lynn Knapp
Assistant Attorney General
The Capitol
Albany, N.Y. 12224

Clerk of the Court
P.O. Box 7367
100 South Clinton St.
Syracuse, N.Y. 13261

Tyrone Walker
Tyrone Walker
94A5258, Pro-Se

Sworn to Before Me This 12
Day of Aug, 20 20

Notary Public

Thomas P. Kane
Notary Public, State of New York
No. 01KA6357158
Qualified in Franklin County
Commission Expires 04/10/__