Tyrone Walker 94A5258
Upstate Correctional Facility
P.O. Box 2001
Malone, N.Y. 12953

August, 12, 2020

Clerk of the Court
P.O. Box 7367
100 South Clinton St.
Syracuse, N.Y. 13261

Re: Walker v. Bellnier et al. 9:17CV-1008 (GTS) (CFH)

Dear Clerk:

Enclosed is the Motion and Notice of Motion For Summary Judgment, Statement of Material Facts, Memorandum of Law In Support Of Summary Judgment, Affidavit in support of Plaintiff's Motion For Summary Judgment and Affidavit of Service of Summary Judgment.

Furthermore, Plaintiff's settlement proposal is still an option if interested.

Thank You
Tyrone Walker

Tyrone Walker 99A5258

**UPSTATE CORRECTIONAL FACILITY**
P.O. BOX 2000, 309 BAREHILL ROAD
MALONE, NEW YORK 12953



Upstate
Correctional Facility

neopost
08/14/2020
US POSTAGE $008.70

ZIP 12953
041L11251145

Clerk of the Court
P.O. Box 7367
100 South Clinton St.
Syracuse, N.Y. 13261

Legal Mail



U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK
AUG 1 8 2020
RECEIVED